UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL GERSHZON, <br><br> Plaintiff, <br><br> v. <br><br> EVENT TICKETS CENTER, INC., <br><br> Defendant. | Case No. 24-cv-04142-RS <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Case Management Conference on October 31, 2024. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties are encouraged to engage in private mediation.

2. AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be January 31, 2025. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

3. DISCOVERY.

On or before January 1, 2026, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

4. DISCOVERY DISPUTES.

To the extent that a dispute arises regarding discovery, the issue will be referred to a Magistrate Judge. To initiate a referral, the Parties should file a notice of need for discovery referral. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a. On or before January 30, 2026, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before February 27, 2026, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c. On or before March 20, 2026, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

6. CLASS CERTIFICATION.

a. On or before August 1, 2025, Plaintiff will file a motion for class certification.

b. On or before September 8, 2025, Defendant will file its opposition to class certification.

c. On or before October 6, 2025, Plaintiff will file any reply to defendant's opposition.

d. Plaintiff's motion for class certification shall be heard on **October 16, 2025**.

7. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

8. FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **January 15, 2026 at 10:00 a.m.** The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO ORDERED**.

Dated: October 31, 2024

_____
RICHARD SEEBORG
Chief United States District Judge