| | |
|---|---|
| 1 | PETER B. MARETZ, SBN 144826 |
| 2 | pmaretz@stokeswagner.com |
|   | OMAR V. HERNANDEZ, SBN 340089 |
| 3 | ohernandez@stokeswagner.com |
|   | STOKES WAGNER ALC |
| 4 | 401 W. A. Street, Suite 2235 |
|   | San Diego, CA  92101 |
| 5 | Telephone:    (619) 232-4261 |
|   | facsimile:     (619) 232-4840 |

Attorneys for Defendant
EVENT TICKETS CENTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL GERSHZON, an individual, on behalf of himself and all others similarly situated, | Case No.   3:24-cv-04142-RS |
|  | **NOTICE OF RELATED CASE** |
| Plaintiff, |  |
| v. |  |
| EVENT TICKETS CENTER, INC., a Florida Corporation, | Hon. Richard Seeborg |
| Defendant. |  |

TO THE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 123, notice is hereby given that the following cases pending in the Eastern District of California and Northern District of California are related:

*Gershzon v. Event Tickets Center, Inc.,* Case No: 3:24-cv-04142-RS., filed on July 9, 2024, in the Northern District of California;

and *Hernandez v. Event Tickets Center, Inc.,* Case No. 2:24-cv-01983-DAD-AC., filed on July 19, 2024, in the Eastern District of California.

Pursuant to the provisions of Local Rule 123(a), an action is related to another action within the meaning of this Rule when:

(1)   both actions involve the same parties and are based on the same or a similar claim;

(2)   both actions involve the same property, transaction, or event;

(3)   both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to affect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4)   for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

## II. Related Cases

The cases are related in each of the following respects within the meaning of Local Rule 123 for the reasons:

1.   both cases contain substantially similar parties, including the same Defendant and similarly situated Plaintiffs with respect to the facts of each case;

2.   both cases involve the online purchase of entertainment-related tickets;

3.   both plaintiffs allege similar causes of action pertaining to the advertising and sale of online tickets including but not limited to their respective service fees and pricing structure;

4.   both cases purport to represent a putative class, with *Gershzon* 1) filing his Complaint before *Hernandez* and 2) alleging a broader putative class (a National class and California subclass).

5.   adjudicating these two cases separately risk judicial interference and inconsistent

judgments for substantially similar cases in two different District Courts.

## III. Conclusion

For the foregoing reasons stated above, Defendant respectfully requests that the subsequently filed *Hernandez* matter be transferred to same District Judge for this current case, the Honorable Richard Seeborg in the Northern District of California.

Dated:  November 14, 2024                    STOKES WAGNER, ALC

By: _____
      PETER B. MARETZ
      OMAR V. HERNANDEZ
      Attorneys for Defendant EVENT TICKETS
      CENTER, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

Date: November 12, 2024

    STOKES WAGNER, ALC

    By: _____
    PETER B. MARETZ
    Attorneys for Defendant EVENT TICKETS
    CENTER, INC.